UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SIDNEY McBRIDE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-884** |
| **TERREBONNE PARISH CONSOLIDATED GOVERNMENT, ET AL.** | **SECTION: "B"(3)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are dismissed without prejudice to their prosecution in <u>Sidney McBride, III v. Sheriff Tim Soignet, *et al.*</u>, Civ. Action No. 21-525 "A"(3) (E.D. La.).

New Orleans, Louisiana, this 15th day of September, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE